# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60921-CIV-GAYLES/SELTZER

ZOILA RODRIGUEZ,

      Plaintiff,

v.

RMK WORLD WIDE INC., et al.

      Defendants.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Robert S. Norell, P.A.'s Verified Motion for Award of Attorney's Fees and Reasonable Expenses of Litigation (the "Motion") [ECF No. 31]. The Court referred the Motion to Magistrate Judge Barry S. Seltzer for a Report and Recommendation [ECF No. 32]. On September 13, 2018, Judge Seltzer recommended that the Motion be granted in part ("the Report") [ECF No. 35]. None of the parties have timely objected to the Report.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court, having reviewed the Report for clear error, agrees with its well-reasoned analysis and agrees that Motion must be granted in part.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) The Report and Recommendation [ECF No. 35] is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(2) Robert S. Norell, P.A.'s Verified Motion for Award of Attorney's Fees and Reasonable Expenses of Litigation (the "Motion") [ECF No. 31] is **GRANTED IN PART.** Plaintiff is awarded $23,012.35 in attorney's fees and costs.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of October, 2018.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE